ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                    :     SEALED INDICTMENT
        - v. -                      :
                                    :     08 Cr.
GEORGE SANTIAGO,                    :
        a/k/a "Jesus,"              :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - x

JUDGE BATTS

08 CRIM  432

COUNT ONE

The Grand Jury charges:

1.   From in or about at least 2007, up to and including in or about May 2008, in the Southern District of New York and elsewhere, GEORGE SANTIAGO, a/k/a "Jesus," the defendant, together with others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that GEORGE SANTIAGO, a/k/a "Jesus," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about October 19, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, GEORGE SANTIAGO, a/k/a "Jesus," sold crack cocaine to an undercover officer working for the New York City Police Department.

b. On or about October 25, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, GEORGE SANTIAGO, a/k/a "Jesus," sold crack cocaine to an undercover officer working for the New York City Police Department.

c. On or about November 7, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, GEORGE SANTIAGO, a/k/a "Jesus," sold crack cocaine to an undercover officer working for the New York City Police Department.

d. On or about December 4, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, GEORGE SANTIAGO, a/k/a "Jesus," sold crack cocaine to an undercover officer working for the New York City Police Department.

e. On or about December 12, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, GEORGE SANTIAGO, a/k/a "Jesus," sold crack cocaine to an undercover officer working for the New York City Police Department.

    f. On or about January 2, 2008, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, GEORGE SANTIAGO, a/k/a "Jesus," agreed to sell 10 grams of crack cocaine to an undercover officer working for the New York City Police Department, and accepted approximately $300 intended as payment for the crack cocaine.

    (Title 21, United States Code, Section 846.)

## COUNT TWO

    The Grand Jury further charges:

    4. On or about October 19, 2007, in the Southern District of New York, GEORGE SANTIAGO, a/k/a "Jesus," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, SANTIAGO sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

    (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## COUNT THREE

    The Grand Jury further charges:

    5. On or about October 25, 2007, in the Southern District of New York, GEORGE SANTIAGO, a/k/a "Jesus," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, SANTIAGO sold mixtures and substances

containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

### COUNT FOUR

The Grand Jury further charges:

6.   On or about November 7, 2007, in the Southern District of New York, GEORGE SANTIAGO, a/k/a "Jesus," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, SANTIAGO sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

### COUNT FIVE

The Grand Jury further charges:

7.   On or about December 4, 2007, in the Southern District of New York, GEORGE SANTIAGO, a/k/a "Jesus," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, SANTIAGO sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for

the New York City Police Department.

    (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## COUNT SIX

The Grand Jury further charges:

8. On or about December 12, 2007, in the Southern District of New York, GEORGE SANTIAGO, a/k/a "Jesus," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, SANTIAGO sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

    (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)


_____       _____
FOREPERSON                           MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**GEORGE SANTIAGO,
a/k/a "Jesus,"**

**Defendant.**

**INDICTMENT**

08 Cr.

(Title 21, United States Code,
Sections 841, 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.