**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     <u>ORDER</u>

    - v -                            :     08 Cr. 432

GEORGE SANTIAGO,                      :
    a/k/a "Jesus,"
                                      :
        Defendant.
                                      :
- - - - - - - - - - - - - - - - - - x

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

    The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 08 Cr. 432 may be unsealed.


Dated: May 21, 2008

_____
HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
MAY 21 2008