USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2008

RECEIVED
JUN 17 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: United States v. George Santiago
     08 Cr. 432 (DAB)

Dear Judge Batts:

   The above-referenced defendant was arrested, presented and arraigned before the Magistrate Judge on May 21, 2008. Time was excluded until June 16, 2008, the date previously set by Your Honor for an initial pre-trial conference. However, we were informed by Your Honor's Deputy Clerk that the Court has rescheduled that conference for June 30, 2008, at 11:00 a.m. The Government, therefore, respectfully requests that the Court continue to exclude the time between June 16 and June 30, 2008, in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Michael Hurwitz, Esq., counsel to Mr. Santiago, consents to this request.

GRANTED
[DAB]
6/17/08

                Respectfully submitted,

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
6/17/08

                MICHAEL J. GARCIA
                United States Attorney

            By: _____
              Margaret Garnett
              Assistant United States Attorney
              (212) 637-2520

cc: Michael Hurwitz, Esq. (by facsimile)