UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | **ECF CASE** |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| v. ) | **REQUEST FOR ELECTRONIC** |
| ) | **NOTIFICATION** |
| GEORGE SANTIAGO, ) | |
| ) | **08 Cr. 432 (DAB)** |
| Defendant. ) | |

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as an additional Lead Filing User (representing the United States Attorney's Office) to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
        August 22, 2008

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York


                    By:   s/Jillian B. Berman
                          Assistant United States Attorney
                          W: (212) 637-2197
                          F: (212) 637-0084
                          Jillian.b.berman@usdoj.gov

TO:   Defense Counsel

CERTIFICATE OF SERVICE

Jillian B. Berman deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on August 22, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to be filed via Electronic Filing, thereby sending notice to the following Counsel of Record:

Michael Hurwitz
Hurwitz Stampur & Roth (NY)
299 Broadway, Suite 800
New York, NY 10007
(212) 619-4240
Fax: (212) 619-6743
Email: hurwitzm@gmail.com

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

By:   s/Jillian B. Berman
     Jillian B. Berman
     Assistant United States Attorney

Executed on:  August 22, 2008
               New York, New York